**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| **v.** | : | **NO. 08-262** |
| **OMAR REINA** | : | |

## <u>ORDER</u>

**NOW**, this 11th day of August, 2016, upon consideration of the Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582 and Retroactive Amendment 782, U.S.S.G. § 1B1.10 (Document No. 26) and the government's response, it is **ORDERED** that the motion is **DENIED**.

        /s/Timothy J. Savage_____
        TIMOTHY J. SAVAGE,  J.